UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION


REBECCA JO GETTY, on behalf of MARY
JO SHEA,

                    Plaintiff,

vs.                                 Case No.  2:10-cv-725-FtM-29SPC

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                    Defendant.
_____


**OPINION AND ORDER**

    This matter is before the Court on consideration of
Magistrate Judge Sheri Polster Chappell's Report and Recommendation
(Doc. #15), filed on September 21, 2011, recommending that the
Commissioner's decision to deny social security disability benefits
be affirmed.  No objections have been filed, and the time to do so
has expired.

    The Court reviews the Commissioner's decision to determine if
it is supported by substantial evidence and based upon proper legal
standards.  Crawford v. Comm'r of Soc. Sec., 363 F.3d 1155, 1158
(11th Cir. 2004).  Substantial evidence is more than a scintilla
but less than a preponderance, and is such relevant evidence as a
reasonable person would accept as adequate to support a conclusion.
Moore v. Barnhart, 405 F.3d 1208, 1211 (11th Cir. 2005); Crawford,
363 F.3d at 1158.  Even if the evidence preponderates against the
Commissioner's findings, the Court must affirm if the decision

reached is supported by substantial evidence.  <u>Crawford</u>, 363 F.3d at 1158-59.  The Court does not decide facts anew, make credibility judgments, reweigh the evidence, or substitute its judgment for that of the Commissioner.  <u>Moore</u>, 405 F.3d at 1211; <u>Dyer v. Barnhart</u>, 395 F.3d 1206, 1210 (11th Cir. 2005).  The magistrate judge, district judge and appellate judges all apply the same legal standards to the review of the Commissioner's decision.  <u>Dyer</u>, 395 F.3d at 1210; <u>Shinn v. Comm'r of Soc. Sec.</u>, 391 F.3d 1276, 1282 (11th Cir. 2004); <u>Phillips v. Barnhart</u>, 357 F.3d 1232, 1240 n.8 (11th Cir. 2004). After an independent review of the record (Doc. #11), the Court agrees with the findings and recommendations in the Report and Recommendation.

Accordingly, it is now

**ORDERED**:

1.  The Report and Recommendation (Doc. #15) is accepted and **adopted** by the Court.

2.  The Decision of the Commissioner of Social Security is **AFFIRMED**.

3.  The Clerk of the Court shall enter judgment accordingly and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___12th___ day of October, 2011.

JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
U.S. Magistrate Judge

Counsel of Record